UNITED STATES of America,
Plaintiff–Appellee,

v.

Steven Blake DAVIS, Defendant–
Appellant.

No. 01–7071.

United States Court of Appeals,
Fourth Circuit.

Submitted Oct. 19, 2001.

Decided May 22, 2002.

Steven Blake Davis, Appellant Pro Se.
Steven Randall Ramseyer, Office of the United States Attorney, Abingdon, Virginia, for Appellee.

Before WILLIAMS, MICHAEL, and KING, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Steven Blake Davis seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp.2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See United States v. Davis,* Nos. CR–97–40–A; CA–00–560–7 (W.D.Va. May 31, 2001). We further deny Davis's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*